# EXHIBIT 1

DATE: MAY 10, 2005
BORROWER: Edward P. Duggan

LOAN #: E0378256
PROPERTY ADDRESS: [redacted]
Cranston, RI 02920

# NOTICE OF RIGHT TO CANCEL

**Your Right to Cancel:** We have agreed to establish an open-end credit account for you, and you have agreed to give us a security interest in your home as security for the account. You have a legal right under federal law to cancel the account, without cost, within three business days after the latest of the following events.

1. the opening date of your account which is ________________; or
2. the date you received your Truth-in-Lending disclosures; or
3. the date you received this notice of your right to cancel the account.

If you cancel the account, the security interest in your home is also cancelled. Within 20 days of receiving your notice, we must take the necessary steps to reflect the fact that the security interest in your home has been cancelled. We must return to you any money or property you have given to us or to anyone else in connection with the account.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address shown below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**How to Cancel:** If you decide to cancel this transaction, you may do so by notifying us in writing by fax at (925) 520-1832 or by mailing to this address:

E-LOAN, INC.
6230 STONERIDGE MALL ROAD
PLEASANTON, CA 94588
Attn: Home Equity Funding Department

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice no matter how you notify us because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of ________________ (date) (or midnight of the third business day following the latest of the three events listed above). You may also notify us of cancellation by fax at (925) 520-1832. If you send or deliver your written notice to cancel some other way it must be delivered to the above address no later than that time.

I WISH TO CANCEL

________________________________
Edward P. Duggan Date

THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL ON THE TRANSACTION DATE LISTED IN ITEM (1) ABOVE. IF A DATE IS WRITTEN BELOW, AND THAT DATE IS DIFFERENT FROM THE TRANSACTION DATE IN ITEM (1), THE UNDERSIGNED EACH ACKNOWLEDGE RECEIPT OF TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL ON THE DATE WRITTEN BELOW.

X ________________________________
Edward P. Duggan Date