# EXHIBIT 2

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER
*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

September 4, 2007

E-Loan, Inc.
Attn: Home Equity Funding Dept.
6230 Stoneridge Mall Road
Pleasanton, CA 94588

**Re: Notice of Rescission by Edward P. Duggan of ., Cranston, RI 02920**
**Loan Number: E0378256; Closing Date: 05/10/2005**

To Whom It May Concern:

I represent Edward P. Duggan concerning the mortgage loan transaction he entered into with E-Loan, Inc. on May 10, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Duggan was given incomplete and therefore, defective notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by E-Loan on the Duggan's property located at 22 Lark Ave., Cranston, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Edward P. Duggan,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Edward P. Duggan