**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EDWARD P. DUGGAN,<br><br>Plaintiff,<br><br>v.<br><br>E-LOAN, INC. and E*TRADE BANK,<br><br>Defendants. | C.A. No.: 08-124-ML |

**CORPORATE DISCLOSURE STATEMENT OF E-LOAN, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Defendant E-Loan, Inc. ("E-Loan") hereby represents that:

1. E-Loan is a nongovernmental corporate party; and

2. E-Loan is a wholly-owned subsidiary of Banco Popular North America, a New York banking corporation, which owns 100% of its outstanding common stock.

E-LOAN, INC.

By its attorneys,

/s/ Douglass C. Lawrence
Douglass C. Lawrence, Esq. (#6893)
Day Pitney LLP
One International Place
Boston, MA 02110
Tel: (617) 345-4600
Fax: (617) 345-4745
dclawrence@daypitney.com

OF COUNSEL:

John B. Sullivan, Esq.
Mary Kate Sullivan, Esq.
Severson & Werson,
A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439
jbs@severson.com

Dated: June 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2008, I electronically filed the foregoing **Corporate Disclosure Statement of E-Loan, Inc.** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following counsel of record:

Christopher M. Lefebvre, Esq.
Law Offices of Clause Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862

/s/ Douglass C. Lawrence
Douglass C. Lawrence