**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD P. DUGGAN,

Plaintiff,

v. C.A. No.: 08-124-ML

E-LOAN, INC. and E*TRADE BANK,

Defendants.

**CORPORATE DISCLOSURE STATEMENT OF E*TRADE BANK**

Pursuant to Fed. R. Civ. P. 7.1, Defendant E*TRADE Bank ("E*TRADE") hereby represents that:

1. E*TRADE is a nongovernmental corporate party; and

2. E*TRADE is 100% indirectly owned by E*TRADE Financial Corporation, and all of E*TRADE's parent companies are also 100% directly or indirectly owned by E*TRADE Financial Corporation.

E*TRADE BANK

By its attorneys,

/s/ Douglass C. Lawrence

Douglass C. Lawrence, Esq. (#6893)
Day Pitney LLP
One International Place
Boston, MA 02110
Tel: (617) 345-4600
Fax: (617) 345-4745
dclawrence@daypitney.com

OF COUNSEL:

John B. Sullivan, Esq.
Mary Kate Sullivan, Esq.
Severson & Werson,
A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439
jbs@severson.com

Dated: June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008, I electronically filed the foregoing **Corporate Disclosure Statement of E*TRADE Bank** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following counsel of record:

Christopher M. Lefebvre, Esq.
Law Offices of Clause Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862

/s/ Douglass C. Lawrence
Douglass C. Lawrence