(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

EDWARD P. DUGGAN,
Plaintiff(s)

v.

Dkt. No. 08-124-ML

E-LOAN, INC. and E*TRADE BANK,
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

XXXXXX/Defendant E-Loan, Inc. and E*TRADE Bank hereby moves that John B. Sullivan, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Douglass C. Lawrence
Signature of Local Counsel

Douglass C. Lawrence
Print Name

RI Bar ID # 6893

Day Pitney LLP
Firm and Business Address

One International Place

Boston, MA 02110

Email: dclawrence@daypitney.com

Tel. # 617-345-4600

Fax # 617-345-4745

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____________________________
District Judge

_____________________________
Date