(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

**EDWARD P. DUGGAN,**
Plaintiff(s)

v. Dkt. No. **08-124-ML**

**E-LOAN, INC. and E*TRADE BANK,**
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

XXXXXX/Defendant **E-Loan, Inc. and E*TRADE Bank** hereby moves that **Mary Kate Sullivan, Esq.** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Mary Kate Sullivan
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

**/s/ Douglass C. Lawrence**
Signature of Local Counsel

**Douglass C. Lawrence**
Print Name

RI Bar ID # **6893**

**Day Pitney LLP**
Firm and Business Address

**One International Place**

**Boston, MA 02110**

Email: **dclawrence@daypitney.com**

Tel. # **617-345-4600**

Fax # **617-345-4745**

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date