**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD P. DUGGAN, Plaintiff, | : | |
| v. | : | C.A. No.: 08-124-ML |
| E-LOAN, INC. and E*TRADE BANK, Defendants. | : | |

**DEFENDANTS' MOTION TO STAY CASE AND VACATE CURRENTLY SCHEDULED DATES**

Defendants E-Loan, Inc. and E*TRADE Bank (collectively, "defendants") respectfully request that this Court stay this case pending the decision of the First Circuit Court of Appeals in Megitt v. IndyMac F.S.B., Appeal No. 08-1436, and vacate currently scheduled dates in this matter. In support thereof, defendants state:

1. The Court has set a pretrial conference for August 14, 2008 at 9:45 a.m. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16, the parties are required to meet and confer on specified topics at least twenty-one (21) days before the conference and for each party asserting a claim file with the Court at least five (5) days before the conference a brief written statement listing the elements, with a short description of the facts in support thereof, that must be proven in order to prevail on that claim.

2. In Megitt, the District Court held that a Notice of Right to Cancel complied with the MCCCDA and TILA even though it did not contain a rescission deadline. Megitt v. IndyMac, F.S.B., 547 F. Supp. 2d 56 (D. Mass. March 31, 2008). (A true and correct copy of the District Court's decision is attached hereto as Exhibit A.) Megitt is currently pending review in the First Circuit Court of Appeals. (A true and correct copy of the First Circuit's docket is

attached hereto as Exhibit B.) Briefing is scheduled to begin September 2008.

3. Since the First Circuit's ruling on the issue presented in Megitt will impact the outcome of this case, defendants submit that the Court and the parties will benefit from staying this case so that in the event the First Circuit affirms the District Court's opinion, no additional resources are expended.

4. In consideration thereof, defendants respectfully request that this case be stayed pending the First Circuit's decision in Megitt v. IndyMac F.S.B., Appeal No. 08-1436, and that all pending hearings and deadlines currently scheduled be vacated pending further Court order.

5. On July 7, 2008, defendants' counsel contacted plaintiff's counsel regarding this motion, and on July 9, 2008 plaintiff's counsel stated that plaintiff would not oppose the motion.

6. This motion is not filed for purposes of delay.

7. Pursuant to Local Rule 7(e), defendants do not request oral argument on this motion.

WHEREFORE, defendants respectfully request that this Court stay this case pending the First Circuit's decision in Megitt v. IndyMac F.S.B., Appeal No. 08-1436, and vacate all pending hearings and deadlines currently scheduled pending further Court order.

Respectfully submitted,

E-LOAN, INC. and E*TRADE BANK

By their attorneys,

/s/ Douglass C. Lawrence
Douglass C. Lawrence, No. 6893
Day Pitney LLP
One International Place
Boston, MA 02110
Tel: (617) 345-4600
Fax: (617) 345-4745
dclawrence@daypitney.com

-and-

John B. Sullivan, Esq. *(pro hac vice)*
Mary Kate Sullivan, Esq. *(pro hac vice)*
Severson & Werson,
A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439
jbs@severson.com
mks@severson.com

Dated: July 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2008, I electronically filed the foregoing **Defendants' Motion to Stay Case and Vacate Currently Scheduled Dates** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following counsel of record:

Christopher M. Lefebvre, Esq.
Law Offices of Clause Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862

/s/ Douglass C. Lawrence
Douglass C. Lawrence