# EXHIBIT B

Court Home Case Search Billing History XML TXT Logout

United States Court of Appeals for the First Circuit
Public Access to Court Electronic Records

**General Docket**
**United States Court of Appeals for the First Circuit**

**Court of Appeals Docket #:** 08-1436 **Docketed:** 04/28/2008
**Nature of Suit:** 3371 Truth in Lending
Megitt, et al v. Indymac Bank, F.S.B.
**Appeal From:** District Court of MA, Springfield

**Case Type Information:**
1) civil
2) private
3) truth in lending

**Originating Court Information:**

**District:** 0101-3 : 3:07-cv-30108-MAP **Lead:** 3:07-cv-30108-MAP

**Court Reporter:** ECR
**Court Reporter:** FTR
**Court Reporter:** Deborah Scalfani
**Ordering Judge:** Michael A. Ponsor, U.S. District Judge
**Trial Judge:** Kenneth P. Neiman, Magistrate Judge
**Date Filed:** 06/14/2007

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/31/2008 | 04/01/2008 | 04/01/2008 | 04/04/2008 |

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:** Not available

| | |
|---|---|
| KRISTI L. MEGITT<br>Plaintiff - Appellant | Christopher M. Lefebvre<br>Direct: 401-728-6060<br>Fax: 401-728-6534<br>[COR LD NTC Retained]<br>Law Offices of Claude F. Lefebvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862-0000<br><br>Daniel A. Edelman<br>Direct: 312-739-4200<br>Fax: 312-419-0379 |

| | |
|---|---|
| | [NTC Retained]<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle St.<br>18th Fl.<br>Chicago, IL 60603-0000<br>US |
| TODD C. PELLETIER<br>Plaintiff - Appellant | Christopher M. Lefebvre<br>Direct: 401-728-6060<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel A. Edelman<br>Direct: 312-739-4200<br>[NTC Retained]<br>(see above) |
| v. | |
| INDYMAC BANK, F.S.B.<br>Defendant - Appellee | Jennifer K. Cannon<br>Direct: 413-272-6278<br>Fax: 413-272-6804<br>[Retained]<br>1500 Main St.<br>P.O. Box 15507<br>Springfield, MA 01115-0000<br><br>Naomi Carry<br>Direct: 213-457-1805<br>Fax: 213-457-1850<br>[Retained]<br>Dykema Gossett, LLP<br>333 South Grand Avenue<br>Suite 2100<br>Los Angeles, CA 90071<br><br>Donn A. Randall<br>Direct: 617-292-2820<br>Fax: 617-292-0273<br>[NTC Retained]<br>Bulkley Richardson & Gelinas LLP<br>98 N Washington St<br>Boston, MA 02114-0016<br><br>J. Kevin Snyder<br>Direct: 213-457-1810<br>Fax: 213-457-1850<br>[Retained]<br>Dykema Gossett, LLP<br>333 South Grand Avenue<br>Suite 2100 |

Los Angeles, CA 90071

Renee Zipprich
Direct: 312-627-2555
Fax: 312-627-2302
[NTC Retained]
Dykema Gossett, LLP
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

KRISTI L. MEGITT; TODD C. PELLETIER

Plaintiffs - Appellants

v.

INDYMAC BANK, F.S.B.

Defendant - Appellee

| | |
|---|---|
| 04/28/2008 | CIVIL CASE docketed. Notice of appeal (doc. #22) filed by Appellants Kristi L. Megitt and Todd C. Pelletier. Opening forms sent. Docketing Statement due 05/12/2008. Fee due 05/12/2008. Appearance Form due 05/12/2008. [08-1436] |
| 04/28/2008 | RECORD filed. Comments: docs #1-23. [08-1436] |
| 04/28/2008 | AMENDED Notice of Appeal (doc. #23) filed by Appellants Kristi L. Megitt and Todd C. Pelletier on 04/01/2008. [08-1436] |
| 05/05/2008 | NOTICE of Appearance filed by Attorney Christopher M. Lefebvre for Appellants Kristi L. Megitt and Todd C. Pelletier. [08-1436] |
| 05/05/2008 | DOCKETING Statement filed by Appellants Kristi L. Megitt and Todd C. Pelletier. [08-1436] |
| 05/05/2008 | TRANSCRIPT Report/Order Form filed by Appellants Kristi L. Megitt and Todd C. Pelletier. The following transcript(s) have been ordered: Dt. of Proceeding/Hearing: 12/14/2007, Type of Proceeding: motion to dismiss. Transcript(s) due 07/07/2008 from Court Reporter Mary Philbin. [08-1436] |
| 05/20/2008 | NOTICE of default and intent to dismiss for failure to pay the filing fee. Fee due 06/03/2008. [08-1436] |
| 05/27/2008 | Filing fee paid in the district court by Appellants Kristi L. Megitt and Todd C. Pelletier on 05/22/2008. [08-1436] |
| 06/12/2008 | NOTICE of Filing Transcript. Dt. of Proceeding/Hearing: 12/13/07, Type of Proceeding: motion hearing, Court Reporter: Dianne Quinn (Philbin & Associates). In accordance with Judicial Conference Policy, the transcript(s) will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or |

| | |
|---|---|
| | viewed at the public terminal at the district court. Transcript(s) due 09/04/2008 from Court Reporter Dianne Quinn (Philbin & Associates). [08-1436] |
| 06/19/2008 | BRIEFING schedule set. Brief due 07/29/2008 for Appellant Kristi L. Megitt and Appellant Todd C. Pelletier. Appendix due 07/29/2008 for Appellant Kristi L. Megitt and Appellant Todd C. Pelletier. Pursuant to F.R.A.P. 31(a), appellee's brief will be due 30 days following service of appellant's brief and appellant's reply brief will be due 14 days following service of appellee's brief. [08-1436] |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/15/2008 15:32:48 | | | |
| **PACER Login:** | db0024 | **Client Code:** | 701674/000020/3142 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 08-1436 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |